GOVERNMENT EXHIBIT
A

# NH Adult Parole Board
## Results of Parole Hearing
# AVISHAY ALON #156072
**Thursday, July 23, 2026**

**The following information is a summary for a hearing conducted by the NH Adult Parole Board:**

**Client ID / Name:** #156072 / AVISHAY ALON
**Client Location:** Secure Psychiatric Unit / RTU (New)
**Client Attended:** In Person

**The Parole Board Hearing Information is as follows:**

**Hearing ID:** #113665
**Recording Number:** #11
**Date of Hearing:** 7/23/2026
**Hearing Type:** Release Board / Minimum (100%)

**Outcome Results:** Parole Granted
**Parole Plan is Required:** YES

**The following charges were part of this hearing:**

| Charge ID | Minimum Parole Date | Current Maximum Date | Parole Type | Possible Parole Date | Offense Description | Note |
|---|---|---|---|---|---|---|
| 164003 | 9/12/2026 | 9/11/2030 | Minimum (100%) | 7/23/2026 | Crim Threat/Person/Deadly Weapon (631:4:I:D) | Approved to ICE detainer |
| 166758 | | | Minimum (100%) | 7/23/2026 | Crim Threat/Person/Deadly Weapon (631:4:I:D) | Approved to ICE detainer |
| 166773 | | | Minimum (100%) | 7/23/2026 | Crim Threat/Person/Deadly Weapon (631:4:I:D) | Approved to ICE detainer |
| 168657 | | | Minimum (100%) | 7/23/2026 | Crim Threat/Person/Deadly Weapon (631:4:I:D) | Approved to ICE detainer |

**The decision from the parole board was based on:**

1: Client was approved for parole

**The following Parole Conditions and Restrictions were set by the Parole Board:**

**I agree to the following and understand that failure to comply with these conditions will subject me to arrest:**

**Yes** 1. I will report to the parole officer at such times and places as directed. I will comply with the parole officer's instructions and respond truthfully to all inquires from the parole officer.

**Yes** 2. I will comply with all lawful orders of the court and the parole board, and all instructions of the parole officer, including all court orders for the payment of fines, restitution, attorney fees, and child support, and the parole supervision fee mandated by RSA 504-A:13.

**Yes** 3. I will obtain the parole officer's permission before changing residence or employment or traveling out of state.

**Yes** 4. I will notify the parole officer immediately of any arrest, summons or questioning by a law enforcement officer.

**Yes** 5. I will diligently seek and maintain lawful employment, notify my employer of my parolee status, and support my dependents to the best of my ability.

**Yes** 6. I will not receive, possess, control or transport any real or simulated weapon, explosive, or firearm.

**Yes** 7. I will be of good conduct and obey all laws

**Yes** 8. I will submit to breath, blood or urinalysis testing for the presence of any substance, or provide such other sample for testing, or submit to such other test or procedure, as may be directed by the parole board or my parole officer.

**Yes** 9. I will permit the parole officer to visit my residence at any time for the purpose of examination and inspection in the enforcement of the conditions of parole, and submit to searches of my person, property, and possessions as requested by the parole officer.

**Yes** 10. I will not associate with criminal companions or such other individuals as shall be ordered by the court or parole board. Prohibited contacts include victims, other parolees or probationers, and other persons known to the board or to the parole officer as having criminal records.

| | | |
|---|---|---|
| **Yes** | 11. | I will not illegally use, sell, possess, distribute, or be in the presence of controlled drugs, shall notify the parole officer of any prescribed medications, and shall not use alcoholic beverages to excess. |
| **Yes** | 12. | I waive extradition to the State of New Hampshire from any state in the United States or any other place, agree to return to New Hampshire if directed by the parole officer, and will be responsible for any and all costs, including all travel, in connection with any extradition request or proceeding. |
| | 13. | The following specific conditions are imposed by the court or parole board: |
| **No** | A. | I will participate regularly in Alcoholics Anonymous / Narcotics Anonymous to the satisfaction of the parole officer. |
| **No** | B. | I will secure written permission from the parole officer prior to purchasing and/or operating a motor vehicle. |
| **Yes** | C. | I will participate in and satisfactorily complete the following program: **SUD treatment as directed.** |
| **No** | D. | I will enroll and participate in mental health counseling on a regular basis to the satisfaction of the parole officer. |
| **No** | E. | I will not be in the unsupervised company of minors at any time. |
| **No** | F. | I will not leave the county without permission of the parole officer. |
| **Yes** | G. | I will refrain totally from the use of alcoholic beverages. |
| **Yes** | H. | I will execute and deliver all necessary documents to release any and all otherwise privileged reports relating to medical or mental health care, counseling, employment, or income as may be requested by the parole officer. |
| **Yes** | I. | Other: **Parole to ICE detainer. If not taken into custody or if released from ICE custody prior to expiration of your maximum sentence, then report immediately to NH DOC Field Services Central office in Stafford County, NH for immediate instructions. Standard conditions of parole.<br>If sober living is recommended, enter certified facility for a minimum of 90 days and then in the discretion of the PPO in consultation with treatment providers. MH assessment appointment within 7 days of release. Follow MH treatment recommendations and a directed by<br>PPO. MH treatment as clinically indicated. MH medication compliant as prescribed. All disciplinary extra duty hours accrued on this sentence(s) must be completed prior to release. No contact direct or indirect with BL or MP. You must be C3 or lower and disciplinary free<br>for release. You have been convicted of a violent crime and any parole rule violations could result in enhanced sanctions.** |

**The following witnesses were heard by the Parole Board:**

**The Parole Board Notes:**

**7/23/2026 Parole Hearing results: Approved to ICE detainer.**

**Parole to ICE detainer. If not taken into custody or if released from ICE custody prior to expiration of your maximum sentence, then report immediately to NH DOC Field Services Central office in Stafford County, NH for immediate instructions. Standard conditions of parole.**
**If sober living is recommended, enter certified facility for a minimum of 90 days and then in the discretion of the PPO in consultation with treatment providers. MH assessment appointment within 7 days of release. Follow MH treatment recommendations and a directed by**
**PPO. MH treatment as clinically indicated. MH medication compliant as prescribed. All disciplinary extra duty hours accrued on this sentence(s) must be completed prior to release. No contact direct or indirect with BL or MP. You must be C3 or lower and disciplinary free**
**for release. You have been convicted of a violent crime and any parole rule violations could result in enhanced sanctions.**

**The Parole Board Members were:**

Chairperson: **Lynne Blankenbeker, Esq.** Board Member: **Ronald Bessette, Esq** Board Member: **Eric Kulberg**

**NOTICE: If you are approved for parole, this is conditional on several factors. First, your parole plan must be approved. Second, you must be at least C3 and remain disciplinary free until your minimum parole date and/or release or this action may be delayed.**

**Client: AVISHAY ALON #156072**